

# NUMBER 13-22-00023-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GENE MARSHALL BETTS REVOCABLE
TRUST; WILD BASIN INVESTMENTS LLC;
TIMMINS LIVING TRUST; KEN SHIFRIN;
EDWARD W. CHARRIER; LANCE ADAMS;
MATULA FAMILY, LP – CLASS 1;
STAR VISTA CAPITAL, LLC; GEORGE
SCHAEFER; PAUL MICHAEL BEDELL;
JOHN WAGES, PROSPECT HILL
CAPITAL, LLC; WOODGEN, LLC; AND
CRAIG DUBOIS,                                              Appellants,

v.

PHUNWARE, INC. F/K/A STELLAR
ACQUISITION III, INC.; PHUNWARE
OPCO, INC. F/K/A PHUNWARE, INC.;
ALAN KNITOWSKI; LUAN DANG;
RANDALL CROWDER; MATT AUNE;
PROKOPIOS AKIS TSIRIGAKIS;
GEORGE SYLLANTAVOS; LORI
TAUBER MARCUS; KATHY TAN
MAYOR; KEITH COWAN; WINSTON
DAMARILLO; CHASE FRASER;
JOHN KAHAN; AND ERIC MANLUNAS,                            Appellees.

**On appeal from the 126th District Court
of Travis County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Benavides**

This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. In their unopposed motion to dismiss appeal, appellants now request dismissal based on a forum selection clause, as plaintiffs have filed suit in the Court of Chancery of the State of Delaware. The suit filed in the State of Delaware asserts the claims and causes of action also asserted in this matter; therefore, the appeal is no longer necessary.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1),(2). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellants' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
24th day of March, 2022.